**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED DYNAMIC INTERFACES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OUTSYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:14-cv-01467-GMS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Advanced Dynamic Interfaces, LLC ("ADI") and Defendant OutSystems, Inc. ("OutSystems") hereby stipulate and request the Court to enter an order that: (i) all claims and counterclaims in the above-captioned action shall be dismissed with prejudice; and (ii) each party bear its own costs, expenses and attorneys' fees.

Dated: September 22, 2015

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Respectfully submitted,<br><br>STAMOULIS & WEINBLATT LLC |
| */s/ Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel: (302) 658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendant*<br>*OutSystems, Inc.* | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606<br>　　stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>　　weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Tel: (302) 999-1540<br><br>*Attorneys for Plaintiff*<br>*Advanced Dynamic Interfaces, LLC* |

IT IS SO ORDERED this _____ day of _____, 2015.

                                                                                             The Honorable Gregory M. Sleet
                                                                                             United States District Judge